UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEBAMOFF ENTERPRISES, ET AL.,

    Plaintiffs,

v.

SNYDER, ET AL,

    Defendants,

MICHIGAN WINE & BEER
WHOLESALERS ASSOCIATION,

    Intervening Defendant.

_____/

Case No. 17-10191

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ANTHONY P. PATTI

**ORDER ADOPTING REPORT AND RECOMMENDATION [76], DENYING DEFENDANTS' MOTION FOR ATTORNEY FEES [67], AND GRANTING DEFENDANTS' MOTION TO REVIEW [72]**

On March 30, 2021, the Court reopened this case following remand from the Court of Appeals and entered an amended judgment in favor of Defendants. (ECF No. 64; ECF No. 65). On April 27 and 29, 2021, Defendants moved for attorney fees and for the Court to review the clerk's taxation of costs. (ECF No. 67; ECF No. 72). The Court referred both of these Motions [67, 72] to the Magistrate Judge. (ECF No. 68; ECF No. 73).

On November 29, 2021, the Magistrate Judge issued a Report and Recommendation ("R&R"). (ECF No. 76). The R&R recommended that the Court deny Defendants' Motion for Attorney Fees [67], grant Defendants' Motion to Review [72], accept Defendants' Amended Bill of Costs [72-1], and award Defendants $734.98 in costs. (*Id.*). No objections to the R&R were filed within the fourteen-day period for filing objections.

The Court having reviewed the record, the R&R [76] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendants' Motion for Attorney Fees [67] is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants' Motion to Review [72] is **GRANTED**. The Court **ACCEPTS** Defendants' Amended Bill of Costs [72-1] and **AWARDS** Defendants $734.98 in costs.

**SO ORDERED**.

Dated: December 21, 2021

s/Arthur J. Tarnow  
Arthur J. Tarnow  
Senior United States District Judge